UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ __Second_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Rosalba Mora          Case NO.: __15-15913-BKC-AJC__
Last Four Digits of SS# __60__

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $ __168.33_____ for months __1__ to __60__;
B.  $ _____ for months _____ to _____;
C.  $ _____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fees and Costs - $ __3650.00+775.00=$4425.00__  TOTAL PAID $ __900.00__
Balance Due    $ __3525.00__ payable $ __130.56__ month (Months __1__ to __27__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1.
    Address:              Arrears Payment $_____/month (Months ____ to ____)
                          Regular Payment $_____/month (Months ____ to ____)
Account No:

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase<br>POB 24696<br>Columbus, OH  43224<br>Acct No: ###028253<br>506 on 2nd Mortgage | 21410 SW 98 Court, Cutler Bay FL 33189<br>$167,815.00 | 0% | $0.00 | 1-60 | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1.

Unsecured Creditors: Pay $20.94 /month (Months __1__ to __27__) and Pay $151.50 /month (Months __28__ to __60__)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions: Wells Fargo Home Mortgage and Lakes by the Bay for HOA to be treated outside the plan.


__/s/ Mary Reyes__
For the Debtor
Date: __6/24/15__


LF-31 (rev. 01/08/10)

*Reyes & Calas-Johnson, P.A, attorneys for Debtor, 782 NW 42 Ave., #447, Miami, FL 33126 (305) 476-1900*